UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY CALL,<br><br>　　　　　　　　　　Defendant. | No.: 2:17-PO-00016-JTR<br><br>ORDER GRANTING MOTION FOR DISMISSAL OF CITATION 6645801 WITHOUT PREJUDICE |

　　　Before the Court is the United States' Motion for Order of Dismissal of Citation number 6645801 without Prejudice.  The Court having considered the Motion,

　　　**IT IS ORDERED** that the United States' Motion for Order of Dismissal of Citation Number 6645801 without Prejudice, **ECF No. 5**, is **GRANTED**.

　　　DATED February 22, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN T. RODGERS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order